STATE OF NEW JERSEY v. CLIFTON HANNAH.

March 24, 1987.

Petition for certification denied. See *State v. O'Connor,* 105 *N.J.* 399 (1987), and *State v. Hartye,* 105 *N.J.* 411 (1987).

STATE OF NEW JERSEY v. GLENN B. CARR.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MARION M. BRASWELL.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK MANGRELLA.

March 24, 1987.

Petition for certification denied. (See 214 *N.J.Super.* 437)